UNITED STATES DISTRICT COURT
For the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URLEEN NAUGHTON<br>    Plaintiff,<br><br>V.<br><br><br>ADAM GUTCHEON, et al., in their individual capacities,<br>    Defendants. | )<br>)  CASE NO.: 3:21-CV-402 (KAD)<br>)<br>)  PLAINTIFF'S SECOND<br>) MOTION FOR EXTENSION<br>)<br>)<br>)  August 25, 2021<br>)<br>) |

## MOTION FOR EXTENSION

1. **COMES NOW,** Plaintiff by and through counsel moves the Court pursuant to Local Rule 7, for a Motion for Extension in order to respond to defendants' six (6) motions to Dismiss filed by the fifteen (15) defendants.

2. The initial complaint was filed on March 23, 2021, by the Plaintiff's former counsel, which comprised seven (7) initial defendants. **Ct. Doc. 1**

3. Six of the defendants were served in April, with the exception being Defendant Trinks, who was served a few days later, on April 20, 2021. **Ct. Doc. 15**

4. On or around May 17, 2021, the Plaintiff amended her complaint and added thirty-four (34) new counts and eight (8) new defendants.

5. Beginning on May 26, 2021, the initial seven (7) defendants (Gutcheon, Jaamal, Grossman, Smith, Trinks, Bress, and Garibay) filed their second round of Motions for Extension in order to specifically respond to the Plaintiff's Amended Complaint.

6. Thereafter, all eight new defendants were served with the summons and Amended Complaint between May 30, 2021 (four defendants, Schumsky. Englemann, McAllister, and Englemann), The Windsor Housing Authority (WHA) was served with process on June 9, 2021,

and the remaining four new defendants (Joe Chaisson, The Journal Inquirer, The Windsor Weekly Journal and Anthony Zepperi were served on or around June 27, 2021. **Ct. Doc. 48**

7. On June 21, 2021, Defendants Grossmann, McAllister and Smith filed their Motion to Dismiss. **Ct. Doc. 56**

8. On June 21, 2021, Defendants Bress and Trinks filed their Motion to Dismiss. **Ct. Doc. 57**

9. On June 21, 2021, Defendants Englemann, Gutcheon, Jamaal, Schumsky, and the WHA filed their Motion to Dismiss. **Ct. Doc. 58**

10. On June 21, 2021, Defendant Garibay filed her Motion to Dismiss. **Ct. Doc. 59**

11. On June 21, 2021, Defendants Journal Inquirer and Joe Chaisson filed their Motion to Dismiss. **Ct. Doc. 60**

12. On June 22, 2021, Defendants Windsor Journal Weekly and Anthony Zepperi filed their joint motion to dismiss. **Ct. Doc 71**

13. On July 12, 2021, the Plaintiff filed her first motion for an extension of time to August 21, 2021 respond to the six (6) set of defendants' motions to dismiss, because Plaintiff's counsel was embroiled in discovery in three other cases, Anderson v. Lorenzo Smith, et al., 3: 20-cv-00370 (VAB), and Johnson v. Gonzalex, et al., 3:21-cv-00585 (AVC), and Johnson v. Hughes, et al., 3:19-cv-508 (AVC). **Ct. Doc 63**

14. The Plaintiff's motion for extension was granted by the Court to August 21, 2021. **Ct. Doc 64**

15. On August 3, 2021, the Court conducted its first status conference and all parties consented to, and the Court ordered Plaintiff to submit her responses to the six (6) motions to dismiss by September 4, 2021.

16. On Saturday, August 21, 2021, Plaintiff's counsel learned that she had left the country on an emergency trip outside the country.

17. Plaintiff's counsel's four (4) calls to Plaintiff were unsuccessful. Currently, Plaintiff's counsel is unaware of the date of her return to the United States, and he has not been able to confer with her, regarding her responses to defendants' motions to dismiss.

18. On or around Monday, August 23, 2021, Plaintiff's counsel communicated the situation to all defendants' counsel and their consents to request this motion for an extension was sought.

19. All defendants have consented to the Plaintiff's second motion for extension for ten (10) days, not exceeding September 14, 2021.

20. The Plaintiff does not believe the defendants will be prejudiced by this request, as the case is in its initial stages.

21. The Plaintiff believes there is good cause to make her request for this extension, and she prays the Court will grant her request for an enlargement of time to September 14, 2021.

**FOR THE PLAINTIFF,**
**URLEEN NAUGHTON,**

BY_____/S/_____                Dated:  August 25, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email:  rcgordonlaw@gmail.com

UNITED STATES DISTRICT COURT
For the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URLEEN NAUGHTON<br>    Plaintiff,<br><br>V.<br><br><br>ADAM GUTCHEON, et al., in their individual capacities,<br>    Defendants. | )<br>)   CASE NO.: 3:21-CV-402 (KAD)<br>)<br>)   **PLAINTIFF'S SECOND**<br>) **MOTION FOR EXTENSION**<br>)<br>)   August 25, 2021<br><br>) |

### [Proposed Order]
### MOTION FOR EXTENSION

Based on the Plaintiff's forgoing Motion for an Enlargement of Time to September 14, 2021, for the Plaintiff to file her responses to the Defendants' Motions to Dismiss, The Court:

_____
Grant

_____
Denied

_____
Hon. Kari A. Dooley, U.S.D.J.

4

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that a copy of the foregoing Motion for an Enlargement of Time in which to file the Plaintiff's Responses to the Defendants' Motion to Dismiss will be served upon the Defendants on or immediately after August 25, 2021, via the Court's electronic filing system within the time proscribed by the FRCP and Local Rules to all counsel of record.

**FOR THE PLAINTIFF,**
**URLEEN NAUGHTON,**


BY_____/S/_____          Dated:  August 25, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email:  rcgordonlaw@gmail.com