UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URLEEN NAUGHTON | : | CIVIL ACTION NO. |
| | : | 3:21-CV-00402 (KAD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| ADAM GUTCHEON, et al. | : | |
| | : | |
| Defendants. | : | SEPTEMBER 17, 2021 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AT BRIDGEPORT:

Please enter my appearance as attorney for the defendants **Journal Inquirer and Joe Chaisson** in the above-entitled action.

Dated at West Hartford, Connecticut this 17th day of September, 2021.

        DEFENDANTS
        JOURNAL INQUIRER AND JOE CHAISSON

        By___/s/ Eric L. Sussman_____
          Eric L. Sussman, Esquire
          WEINSTEIN & WISSER, P.C.
          29 South Main Street, Suite 207
          West Hartford, CT 06107
          Telephone:  860-561-2628
          Email:  els@weinsteinwisser.com
          Federal Bar No. ct19723

**CERTIFICATION**

I hereby certify that on this 17th day of September, 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                           /s/ Eric L. Sussman
                                                         Eric L. Sussman