### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URLEEN NAUGHTON**<br>Plaintiff<br><br>V.<br><br><br><br>**ADAM GUTCHEON, et al.,** | )<br>) **CASE NO.: 3:21-CV-402 (KAD)**<br>)<br>) **EMERGENT**<br>) **MOTION FOR EXTENSION**<br>)<br>) October 1, 2021 |

### EMERGENT MOTION FOR EXTENSION

1. **COMES NOW,** Plaintiff by and through counsel moves the Court pursuant to the Local Rule 7, for an emergent motion for an enlargement of time in which to respond to defendants' motions to dismiss.

2. The first set of Defendants filed their motion to dismiss on June 21, 2021, and thereafter the other filed theirs on June 22, 2021, and July 30, 2021. **Ct. Doc. 56, 57, 58, 59, 60, and 71.**

3. On August 3, 2021, the Court held its first status conference in this case, and during the conference, the Court ordered plaintiff to file her responses to Defendants' motion to dismiss by September 10, 2021.

4. On Thursday September 9, 2021, Plaintiff's counsel was placed into quarantine by his medical doctor.

5. Earlier on September 10, 2021, Plaintiff's counsel called the Court and left a message informing it of this "emergent situation."

1

6. On September 9, 2021, Plaintiff's counsel informed all counselors of record of this "emergent situation," and sought and received their consent and best wishes for this brief extension to September 26, 2021.

7. On the morning of September 23, 2021, Plaintiff's counsel called the Court and alerted it to his current condition, right after also informing all defendants' counsel of record, because as of September 23, 2021, Plaintiff's counsel has not fully recovered and requests an additional extension to October 4, 2021.

8. Today, October 1, 2021, counsel went to see his doctor at 11:00 am and was told he is not fully recovered.

9. At approximately 12:30 pm. Plaintiff counsel sought the consent of defendants' counsel for this extension to October 9, 2021., and all counsel of record consented.

10. The Plaintiff does not believe the Defendants will be prejudiced by this request.

11. The Plaintiff believes there is good cause to make her request, and she prays the Court will grant her brief request for an enlargement of time not exceeding October 9, 2021, with which to reply to the defendants Motions to Dismiss.

**FOR THE PLAINTIFF,**
**URLEEN NAUGHTON,**

BY_____/S/_____          Dated:  October 1, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email: rcgordonlaw@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URLEEN NAUGHTON<br>    Plaintiff<br><br>V.<br><br>ADAM GUTCHEON, et al., | )<br>)  CASE NO.: 3:21-CV-402 (KAD)<br>)<br>)  **EMERGENT**<br>)  **MOTION FOR EXTENSION**<br>)<br>)  October 1, 2021 |

### [proposed]
### EMERGENT MOTION FOR EXTENSION

Based on the Plaintiff's forgoing Motion for an Enlargement of Time not exceeding October 9, 2021, for the Plaintiff to file her responses to Defendants' Motion to Dismiss.

_____
Grant

_____
Denied

                                          _____
                                          Hon. Kari A. Dooley, U.S.D.J.

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that a copy of the foregoing Motion for an Enlargement of Time in which to file her responses to Defendants' Motion to Dismiss by October 1, 2021, will be served upon the Defendants on or immediately after October 1, 2021, via the Court's electronic filing system within the time proscribed by the FRCP and Local Rules to all counsel of record.

**FOR THE PLAINTIFF,**
**URLEEN NAUGHTON,**

BY_____/S/_____         Dated:  October 1, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email:  rcgordonlaw@gmail.com