UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URLEEN NAUGHTON )<br>    **Plaintiff** ) | CASE NO.: 3:21-CV-402 (KAD) |
| ) | |
| V. ) | |
| ) | **EMERGENT** |
| ) | **MOTION FOR EXTENSION** |
| ) | |
| ADAM GUTCHEON, et al., ) | |
| ) | October 15, 2021 |

### EMERGENT MOTION FOR EXTENSION

1. **COMES NOW,** Plaintiff by and through counsel moves the Court pursuant to the Local Rule 7, for an emergent motion for an enlargement of time to Wednesday, October 120, 2021, which to respond to defendants' motions to dismiss.

2. The first set of Defendants filed their motion to dismiss on June 21, 2021, and thereafter the other filed theirs on June 22, 2021, and July 30, 2021. **Ct. Doc. 56, 57, 58, 59, 60, and 71.**

3. On August 3, 2021, the Court held its first status conference in this case, and during the conference, the Court ordered plaintiff to file her responses to Defendants' motion to dismiss by September 10, 2021.

4. On Thursday September 9, 2021, Plaintiff's counsel was placed into quarantine by his medical doctor.

5. Earlier on September 10, 2021, Plaintiff's counsel called the Court and left a message informing it of this "emergent situation."

1

6. On September 9, 2021, Plaintiff's counsel informed all counselors of record of this "emergent situation," sought and received their consent and best wishes for this brief extension to September 26, 2021.

7. On the morning of September 23, 2021, Plaintiff's counsel called the Court and alerted it to his current condition, right after also informing all defendants' counsel of record, because as of September 23, 2021, Plaintiff's counsel has not fully recovered and requests an additional extension to October 4, 2021.

8. On October 1, 2021, counsel went to see his doctor at 11:00 am and was told he was not fully recovered.

9. That up to October 10, 2021, Plaintiff's counsel was confined to bed, due to his ongoing condition, and his vision was compromised.

10. That on or around October 10, 2021, Plaintiff counsel sought the consent of all the defendants' counsels for this extension to Friday, October 15, 2021, and received them, although due to the holiday weekend, two counselors (Ms. Knapp and Mr. Miller) consented after Plaintiff's motion was already filed.

11. That due to the Plaintiff's slow recovery, Plaintiff requests an additional three business days with which to file the Plaintff's response to the Defendants Motions to Dismiss, not exceeding Wednesday, October 20, 2021.

12. That the Plaintiff has requested the consent of the defendants as of 9:32 pm, on Friday October 15, 2021, but Plaintiff's counsel has not heard from any o the defendants' counsel, and as such, he will file this motion prior to garnering, or g=hearing from the defendants.

13. The Plaintiff does not believe the Defendants will be prejudiced by this brief request.

14. For good cause shown, the Plaintiff requests, and she prays that the Court will grant her brief request for an enlargement of time not exceeding October 20, 2021, with which to reply to the defendants' Motions to Dismiss.

**FOR THE PLAINTIFF,
URLEEN NAUGHTON,**

BY _____/S/_____          Dated:  October 15, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email:  rcgordonlaw@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **URLEEN NAUGHTON** ) | |
|     **Plaintiff** ) | **CASE NO.: 3:21-CV-402 (KAD)** |
| ) | |
| **V.** ) | **EMERGENT** |
| ) | **MOTION FOR EXTENSION** |
| ) | |
| **ADAM GUTCHEON, et al.,** ) | |
| ) | **October 15, 2021** |

### [proposed]
### EMERGENT MOTION FOR EXTENSION

Based on the Plaintiff's forgoing Motion for an Enlargement of Time not exceeding October 20, 2021, for the Plaintiff to file her responses to Defendants' Motion to Dismiss.

_____
Grant

_____
Denied

_____
Hon. Kari A. Dooley, U.S.D.J.

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that a copy of the foregoing Motion for an Enlargement of Time in which to file her responses to Defendants' Motion to Dismiss by October 20, 2021, will be served upon the Defendants on or immediately after October 15, 2021, via the Court's electronic filing system within the time proscribed by the FRCP and Local Rules to all counsel of record.

**FOR THE PLAINTIFF,**
**URLEEN NAUGHTON,**


BY_____/S/_____          Dated: October 15, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email: rcgordonlaw@gmail.com