## Table of Contents

1. Brian Smith's text Message to Nelson Sylvia, references Plaintiff's sick leave, late March 2021.

2. Sally Grossman's "letter to the Editor" of the WJW, February 26, 2021- 30 % rent increases, b/c of retaliation, WHA did not know Plaintiff hired law firm, WHA contested Jamaal's appointment b/c of his petition work.

3. Petition. November 3, 2020.

4. Letter from Attorney Timothy Fitzgerald, noticing Plaintiff of her termination-signed by Fitzgerald, May 10, 2021.PLUS Vote of WHA for termination-Gutcheon, Jamaal, and Englemann-Resolution passed 3-0-1. Mack abstained.

5. Offer Letter to Plaintiff from WHA, Betsy Kenneson, Chair, July 30, 2018. Part time basis, Salary, conditions of employment, 90-day probation and goals, and benefits.

6. Commissioner Mack's letter to Defendant Gutcheon dated, January 27, 2021.

7. Brian Smith text message to Nelson Sylvia, stating that her lawsuit is a joke (Therefore after March 23, 2021), and "he has said worse about her today, complete financial records was ordered today etc., if anything 'we' are more determined 'than before' to remove her."

8. Staff letters:  **Darlene West**- March 26, 2021-Constantly being threatened by residents "What do you do when you want to shoot an animal and you don't have a gun?" Several staff members including myself, have found their cars with flat tires (I found a nail in my tire) . . . ." Car tires flat, hostile work environment, threats, stalked by tenants, walk in pairs as protection, and have to use caution, based on all lies!"
**Janel Rios**-March 30, 2021-hostile work, discrimination, door slammed in faces, "Evil Queen" to her face, threaten our jobs, stress is high, all lies about Executive Director.
**Shelly McDougall** – March 26, 2021- concern for job and personal safety, newspaper articles have increased stress, staff is near break-down, Jamaal wants to fire all staff.
**Diann Holloman**

9. **Jane Garibay**-January 19, 2021, to **Letter to HUD** – Plaintiff (1) cut vital services-computers need to receive government services, contact friends and family etc., (2) Exec Dir belittles residents and threaten them with eviction, financial penalties etc., (3) Exec Director retaliates against residents who confront her about issues or speak with other residents, (4) Exec Dir does not follow advice of site contractors . . ..Meeting with residents - Trinks, Bress, Walker, McAuliffe, Pete Suza and Garibay on October 30, 2020.

10. Plaintiff's letter to the Council, March 28, 2021- detain hostile work environment, racism, threats to staff, "What do you do when you . . . and you don't have a gun . . ." Looking over her shoulder

11. News articles: See # 14 and # 15.

**(a)** 12/2020, by **GUTCHEON** ---Letter to the Editor of WJW---**THERE IS A PROBLEM IN HOUSING AUTHORITY,** all commissioners to resign, 90% of residents signed petition, and appoint new ones.

**(b)** 1/2021, **GUTCHEON'S** ---(rebuttal) Letter to the Editor of WJW in same edition of WJW to Commissioner Mack's letter to editor (2b) ---I**T'S TIME FOR ACTION-NOT WORD**

**(c)** 1/2021, **ROBERT MACK'S** letter to the editor of the WJW---**CAN WE HAVE A CONVERSATION.**

**(d)**   12/22/2020, by **STEVE GOODE**, Hartford Courant---**OFFICIALS DISAGREE OVER CAUSE OF DELAY TO $3.8 MILLION PUBLIC HOUSING RENOVATION PROJECT,** Trinks and Bress on Town Council send petition to HUD and CHFA.

**(e)**   2/16/20 or 12/22/2020, by **KASSI JACKSON**, Hartford Courant ---**TENANTS OF WINDSOR HOUSING PROJECT ALLEGE YEARS OF POOR TREATMENT,** Tenants forced to pay to move belongings, no heat in apartment, clogged toilets and all commissioners to resign.

**(f)**   1/22/21, by **ANTHONY ZEPPERI**, WJW – **CHAIR OF W.H.A. BOARD OF COMMISSIONERS RESIGNS MEMBER CALLS FOR 'GOOD FAITH INVESTIGATION'** - 50% of tenants sign petition, poor maintenance and poor response of WHA staff.

**(g)**   3/26/21, by **ANTHONY ZEPPERI**, WJW – **TOWN COUNCIL APPROVES FINES FOR ZONING VIOLATIONS** - (Same day as: (15 – Anthony Zeppari and 16-Hartford Courant-Steven Goode-clogged toilet, signed by dozens of residents mistreat tenants, unsafe conditions, threats and intimidates tenants. **Garibay - "Knows why tenants were not speaking up because they were terrorized."** ME – **When she had already called HUD and sent a letter and they told her, Plaintiff was a "high performer . . ."**

**(h)**   1/29/21, by **ANHONY ZEPPERI**, WJW – **W.H.A. TENANTS ASK FOR SAFETY AND RESPECT** - clogged toilet, signed by dozens of residents mistreat tenants, unsafe conditions, threats and intimidates tenants.

**(i)**      1/27/21, by **JOE CHAISSON**, Journal Inquirer – **PROTESTS HELD BEFORE WINDSOR HOUSING AUTHORITY MEETING** - detailing al seven (7) recurring falsities.

**(j)**   April 1, 2021, by **JOE CHAISSON**, Journal Inquirer - **WINDSOR HOUSING DIRECTOR: ATTACKS ARE RACE-BASED,** references **Plaintiff's letter to the council dated March 28, 2021.**

**(k)**   4/13/21, – **JOE CHAISSON**, Journal Inquirer – **WINDSOR RESIDENTS: Authority executive director tried to intimidate them out of complaining - prints Defendant Brian Smith's letter (# 18) written by Defendant Grossman containing ten (10) recurring** falsities - that Plaintiff spoke to him personally, no cleanup of property, abused and threatened tenants for speaking out, she told him he was lucky to be in apartment, fired landscaper and "hired her own people," Plaintiff is incompetent etc., by now there are three (3) petitions and hundreds of complaints.

**(l)**   1/28/21, by **STEVE GOODE**, Hartford Courant – **MILLBROOK VILLAGE residents rally against housing authority leadership amidst board leadership changes -** detailing all seven (7) recurring falsities Tenants forced to pay to move belongings, no heat in apartment, clogged toilets and all commissioners to resign.

**(m)** 5/10/21, by **STEVE GOODE**, Harford Courant –**DIRECTOR TERMINATED, COMMITTEE FORMED TO INVESTIGATE TENURE,** Plaintiff's firing and that WHA will investigate tenure, books, papers, records, accounts, contracts, deeds, regulations, documents and official misconduct. detailing all seven (7) recurring falsities Tenants forced to pay to move belongings, no heat in apartment, clogged toilets and all commissioners to resign, **also** detailing all seven (7) lies Tenants forced to pay to move belongings, no heat in apartment, clogged toilets and all commissioners to resign.

**(n)** 5/11/21, by **JOE CHAISSON,** Journal Inquirer – **AFTER FIRING OF HOUSING AUTHORITY DIRECTOR, WINDSOR TENANTS HOPE FOR A CHANGE, Firing** Plaintiff and what Gutcheon expects to do going forward.

**(o)**3/28/21, by **STEVE GOODE**, Harford Courant –**WINDSOR HOUSING AUTHORITY EXECUTIVE DIRECTOR FILES FEDERAL LAWSUIT, – Gutcheon refers to Plaintiff as DEPRAVED, also** detailing all seven (7) recurring falsities Tenants forced to pay to move belongings, no heat in apartment, clogged toilets and all commissioners to resign.

**(p)** 3/26/21, by **JOE CHAISSON**, Journal Inquirer – **WINDSOR HOUSING AUTHORITY DIRECTOR SUES OFFICIALS, TENANTS, ACCUSING THEM OF BIAS**. Prints

defendants' falsities – "did not meet in secret, did not discuss plaintiff's removal, meeting was last minute, and Jamaal got a few residents and commissioners to attend, **Gutcheon-**"lawsuit will have serious ripple effect on towns, costs high to defend," plaintiff sued Salvation Army for race basis before.

**(q)** 3/26/21, by **STEVE GOODE**, Harford Courant - **EXECUTIVE DIRECTOR FILES FEDERAL LAWSUIT** - accuses local, state officials of racial bias in effort to oust her.  FOI by newspaper details seven (7) recurring falsities.

**(r)** 2/26/21, by **SALLY GROSSMAN**, - **Letter to the Editor** – details ten (10) falsities-hired law firm without authorization, called residents drug dealers, did not investigate complaints, contested appointment of Jamaal to WHA Board, accessed 30% increase in rent of tenants who spoke out or opposed her, etc.,.

**(s)** 3/19/21 OR 3/21/21, by **BRIAN SMITH,** - Letter **to Editor of WJW-**detailing thirteen (13) recurring falsities-hired her own people after firing landscaper, no longer take care of Fitch Court grounds, grass cut once in 2020, overflowing garbage, broken glass, branches from last year's storm, Told by Plaintiff to be quiet or will not renew lease, she is confrontational and threatening, etc.,

12.     December 22, 2020 - Hartford Courant Article, by Steven Goode – "Officials disagree over cause of delay to $3.8 million public housing renovation project.

13.     Initial Agreement between WHA and Town of Winsor, February 1968.

14.     May 6, 2021, Gutcheon's offer email to Shelly McDougall.

15.     May 1, 2019, WHA Chairman, Randy McKenney's letter to Ms. Naughton congratulating her for "completing her [initial] 90 days probationary period and completing the 'goals which were required as part of the 90 day period goals. . .."

16.     May 6, 2021, Shelly McDougall's email to Attorney Claire Howard that Defendant Schumsky had walked off the job.

17.     **Windsor Town Council Meeting Minutes**, **November 2, 2020,** Page 12,  Defendant Gutcheon appointed to WHA with Attorney Herman Woodard-Republican member of Board,

**December 7, 2020,** Pages 6, 9-10,   **January 4, 2021,** Page 9,  **(Bress) evidence recission of Della Rondinone's reappointment, January 19, 2021,** Page 13,   **(See : "There are other entities that are looking into the allegations, and it should also be known that concerns have gone beyond our council and are now with State Representative Garibay." February 1, 2021,** Page 13, Jamaal appointed to WHA Board as an unaffiliated member to WHA. **March 1, 2021,** Page 13, Engleman's appointment to WHA.


18.     WHA Board Minutes, **November 17, 2020**, Page 1 - - - Gutcheon – "Windsor is a racist town, and they try to sweep it under the rug like it does not exist." **Also, "**many racist statements from residents about and towards staff members."


19.     **Appointment Letters to WHA**:  - Jamaal, **February 2, 2021**, **Mack**, **November 8, 2016**, , **Gutcheon**, November 3, 2020, **Englemann**, **March 3, 2021**,  **McKenney** October 2, 2018, **Rondinone**, Initial appointment on **October 6, 2015**, and defendants' withdrawal of reappointment on **February 2, 2021** in favor of Jamal instead (See Exhibit # 17 above), **Woodard, November 3, 2020**.


20.     Ms. Naughton's **Contract**, August 2020.


21.     **WHA Robert Mack's letter to Taariq Jamaal**, that pursuant to CGS 8-41, he was not elected as a "tenant Commissioner of the Housing Authority," and as such, he could only attend meeting and observe until he is appointed in accordance with CGS § 8-125 and sworn."


22.     Public Act No.: 11-203 - Selection of Tenant Commissioners.


23.     Windsor Housing Authority Bylaws, February 2018


24.     Match 24, 2021WHA– cancelled. - "executive session concerning the employment, performance, and evaluation of a public officer or employee."


25.     Town of Windsor Resolution on Racism in town, June 2021.

26.     Town of Windsor Democratic Town Committee Meeting, Defendant Gutcheon as Chairman as of July 22, 2021.

27.     Town of Windsor Council Meeting, September 1, 2020, Page 1-2, "Mr. Slate's comment on racism in town."

28.     CGS § 8-41, Appointment. Qualifications and tenure of commissioners.  Selection of tenant commissioners . . ..

29.     Comments by Sally Grossman at Windsor Town Council, February 16, 2021 – That WHA under Ms. Naughton's leadership increased tenants' rents 30% increases because of retaliation, P16, WHA Commissioner Della Rondinone complaints that she did not receive a letter of reappointment and that she was subjected to reverse racism.

30.     Darlene West's email to Ms. Naughton, March 25, 2021, "confirming that police will accompany inspectors and staff on March 30, 2021, and costs."

31.     Text message from Mayor Don Trinks to Defendant Grossman commending her on the fact that Defendant Smith's letter to the Windsor Journal Weekly "was extraordinarily well written . . . ."

32.     Newspaper article by Shannon Miller, NBCConnecticut, January 27, 2021.

Termination email, Timothy Fitzgerald, May 7, 2021, to May 14, 2021.