UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URLEEN NAUGHTON | : | CIVIL ACTION NO. |
| | : | 3:21-CV-00402 (KAD) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| ADAM GUTCHEON, et al. | : | |
| | : | |
| Defendants. | : | NOVMEBER 3, 2021 |

## DEFENDANTS' JOURNAL INQUIRER AND JOE CHAISSON'S OBJECTION TO MOTION TO AMEND COMPLAINT

Defendants Journal Inquirer and Joe Chaisson (collectively the "JI Defendants") hereby give notice of their intent to file, on or before November 17, 2021, an objection to the Plaintiff's Motion for Leave to File a Second Amended Complaint dated October 27, 2021.

As set forth in the JI Defendants' Motion to Dismiss dated June 22, 2021, none of the counts in Plaintiff's First Amended Complaint asserted any cause of action against the JI Defendants. When Plaintiff's counsel subsequently sought, by e-mail dated October 26, 2021, undersigned counsel's consent to file an amended complaint, Plaintiff's counsel indicated that the First Amended Complaint required amendment, but did not specify the particular amendments he intended to make. Having now seen Plaintiff's proposed Second Amended Complaint, including the claims Plaintiff intends to assert against the JI Defendants, it is clear that those claims fail to state a claim upon which

1

relief can be granted, and that any further amendments would be futile and would only result in a subsequent motion to dismiss by the JI Defendants, substantially on the grounds set forth in the Memorandum of Law in Support of Motion to Dismiss By Defendants Windsor Journal Weekly and Anthony Zepperi dated July 29, 2021.

Accordingly, the JI Defendants hereby provide notice of their intent to file, on or before November 17, 2021, an objection to the Plaintiff's Motion for Leave to File a Second Amended Complaint dated October 27, 2021.

        DEFENDANTS
        JOURNAL INQUIRER and JOE CHAISSON

        By___/s/ Eric L. Sussman_____
           Eric L. Sussman, Esquire
           WEINSTEIN & WISSER, P.C.
           29 South Main Street, Suite 207
           West Hartford, CT 06107
           Telephone: 860-561-2628
           Email: els@weinsteinwisser.com
           Federal Bar No. ct19723

**CERTIFICATION**

I hereby certify that on this 3rd day of November 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          /s/ Eric L. Sussman
                                                          Eric L. Sussman