UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URLEEN NAUGHTON | : | NO.: 3:21-cv-00402 (KAD) |
| | : | |
| v. | : | |
| | : | |
| ADAM GUTCHEON, JANE GARIBAY, DONALD TRINKS, LISA BRESS, SALLY GROSSMAN, TARIQ JAMAAL; BRIAN SMITH; CAROL ENGLEMANN; JENNIFER SCHUMSKY; ANDREW MCALLISTER; WINDSOR HOUSING AUTHORITY; WINDSOR JOURNAL WEEKLY; ANTHONY ZEPPERI; JOURAL INQUIRER; JOE CHAISSON | : | |
| | : | NOVEMBER 4, 2021 |

### DEFENDANTS DONALD TRINKS' AND LISA BRESS' CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Pursuant to D. Conn. L. Civ. R. 7 and Fed. R. Civ. P. 6, Defendants, **DONALD TRINKS AND LISA BRESS,** hereby move the Court for an extension of time of fourteen (14) days, up to and including **November 29, 2021**, within which to file their reply to Plaintiff's Opposition to Motion to Dismiss filed November 1, 2021 [Doc. 94].

Good cause exists for the granting of this motion, as Defendants require additional time to prepare their reply currently due on November 15, 2021. Plaintiff's 91 page objection, which also incorporates by reference the oppositions to the motions to dismiss by the other Defendants, raises numerous legal arguments that the Defendants require additional time to adequately review and respond. Additionally, Plaintiff's opposition adds extensive facts outside of the complaint that the Defendants

have to review as well.  Finally, the undersigned counsel has several outstanding deadlines within the next 3 weeks that have only been implicated at this time due to Plaintiff's numerous extensions to file her opposition.  Therefore, the requested additional time is necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted counsels for all parties and they consent to the granting of this motion.  This is the undersigned Defendants' first motion for extension of time by which to submit their reply to Plaintiff's Opposition to Motion to Dismiss.  Pursuant to Local Civil Rule 7(b)(3), this motion is filed at least three days before the earliest deadline sought to be extended.

WHEREFORE, Defendants respectfully request that their Consented to Motion for Extension of Time, up to and including **November 29, 2021,** to file their reply memorandum to Plaintiff's Opposition to Motion to Dismiss be granted.

          DEFENDANTS,
          DONALD TRINKS and LISA BRESS

By /s/ David S. Monastersky
   David S. Monastersky
   ct13319
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   dmonastersky@hl-law.com

## **CERTIFICATION**

This is to certify that on November 4, 2021, a copy of the foregoing Consented to Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ David S. Monastersky
      David S. Monastersky