UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URLEEN NAUGHTON<br>**Plaintiff** | )   CASE NO.: 3:21-cv-402 (KAD)<br>)<br>)   **MOTION TO SUPPLEMENT**<br>)   **PLAINTIFF'S OPPOSITION TO**<br>)   **DEFENDANTS' MOTIONS TO DISMISS**<br>)   **WITH REFERENCED EXHIBITS**<br>) |
| v. | |
| ADAM GUTCHEON, et al.,<br>**Defendants.** | )<br>)   November 3, 2021<br>) |

## MOTION TO SUPPLEMENT PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

**COMES NOW**, the Plaintiff, Urleen Naughton herein moves this court for a order permitting the Plaintiff to supplement her six (6) Motions in Opposition to Defendants' Motions to Dismiss with the exhibits referenced in her opposition papers, filed on November 1, 2021, due to technical difficulties. **Ct. Docs 92-97.**

In consideration of this application, Ms. Naughton states represents that:

1. The Court ordered the Plaintiff Urleen Naughton to file her Oppositions to Defendants' Motions to Dismiss by November 1, 2021.

2. That at the time of the filings, Plaintiff's counsel was able to file her referenced affidavits, but was unable to file her exhibits, which were also referenced in her opposition papers. **Ct. Docs. 92-97.**

3. That all documents were in Plaintiff's possession prior to the attempted filings and are referenced in Ms. Naughtons opposition papers. **Exhibits #1---32, and Ct. Docs. 92-97.**

1

4. That plaintiff's counsel unsuccessfully attempted to file the documents on four different occasions on the Court's electronic filing system.

5. The documents are critical to Ms. Naughton's opposition to the defendants' motions.

6. Plaintiff's counsel does not believe prejudice will attach because the litigation is in its infancy, as well as the fact the documents were specifically referenced in the Ms. Naughton's opposition papers.

7. The Plaintiff believes there is good cause to make her request, and she prays the Court will grant her request to accept the Ms. Naughton's exhibits.

## PRAYER FOR RELIEF

Ms. Naughton prays that the Court grants here motion to accept her referenced exhibits due to difficulties her counsel experienced in filing them on November 1, 2021, on the Courts' electronic filing system.

**FOR THE PLAINTIFF,
URLEEN NAUGHTON,**

BY_____/S/_____        Dated: November 3, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email: rcgordonlaw@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URLEEN NAUGHTON ) | CASE NO.: 3:21-cv-402 (KAD) |
|     Plaintiff ) | |
| ) | |
| ) | MOTION TO SUPPLEMENT |
| ) | PLAINTIFF'S OPPOSITION TO |
| v. ) | DEFENDANTS' MOTIONS TO DISMISS |
| ) | WITH REFERENCED EXHIBITS |
| ) | |
| ADAM GUTCHEON, et al., ) | |
|     Defendants. ) | November 3, 2021 |

[Proposed]
**MOTION TO SUPPLEMENT PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

For good cause shown, Ms. Naughton's Motion to file her referenced exhibits is hereby:

_____
Granted

_____
Denied

_____
Hon. U.S.D.J. Kari A. Dooley

3

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that a copy of the foregoing Motion requesting the Court accept Ms. Naughton's exhibits referenced in her Memorandum of Law in Opposition to Defendants' Motions to Dismiss be accepted as supplements, will be served upon the Defendants on or immediately after November 3, 2021, via the Court's electronic filing system in accordance with the Local Rules to all counsel of record.

**FOR THE PLAINTIFF,
URLEEN NAUGHTON,**

BY_____/S/_____                    Dated: November 3, 2021.
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email: rcgordonlaw@gmail.com