**EXHIBIT # 7**

**Brian Fitch Court**
(860) 849-0757

They think I am a traitor and all I did was trust you. I said way worse about her today and it is public record. Her lawsuit is a joke. A complete failure at the job.

Today a complete audit of all financial records was ordered. She is a fool and is going to be dealt with.

Ever heard of the first amendment? What a piece of shit she is. If anything we are more determined than before to remove her.

6:59 PM