**EXHIBIT # 8**

March 26, 2021

Urleen Naughton, Executive Director
Windsor Housing Authority
156 Bloomfield Avenue
Windsor, CT 06095

Dear Ms. Naughton;

I am writing this letter freely as a result of the working conditions that currently exist at the Windsor Housing Authority. At the onset of the multiple issues that now plague the Housing Authority, I was out on Medical leave. What I came back to was a hostile work environment steeped in, accusations, innuendo, bullying, threats and it is creating an environment where frankly I fear working in without a healthy level of fear of retribution or retaliation for doing my job that focuses on the health and safety of all residents and staff. The staff has been called incompetent and we are constantly being threatened by tenants and now commissioners who say they are not going to stop until "we are all fired." No one is looking for the truth, or accurate facts, or supporting the Housing Authority in trying to make positive things happen. This is a witch hunt.

Stringent COVID restrictions were established to protect staff and residents from exposure to COVID-19 and despite our best efforts to keep tenants and staff safe the demands for maintenance for items like replacing light bulbs and other non-emergency issues became the focus of things not being done. Despite our best efforts we had 50% of our Maintenance staff contract COVID (and one took it home to his wife) additionally 16% of our office staff also contracted COVID. Thank goodness everyone is back to health. However, our residents did not fare as well, we lost multiple residents during this time, but it was a struggle to stress to our tenants the importance of wearing masks, limiting visitors, etc.

We are being bombarded with questions that are not relevant to specific tenant issues, we are being called names in the press, falsely accused in the press for issues that are not in our control, threatened with a vendetta of loss of employment, stalked by tenants who sit in their cars or windows for hours and watch our comings and goings, and threatened by jokes without a punchline "What do you do when you want to shoot an animal and you don't have a gun?" I choose to walk away and ignore, but this is not all we are dealing with. Several staff members including myself, have found their cars with flat tires (I found a nail in my tire) and although I have no way to confirm it was done here, I've been here for several years and have never had any issues with my car. Residents seem to have a new found platform to threaten, prevaricate, bully and stalk other residents and the staff with no ramifications.

Moving forward, we have to continue to work/walk in pairs for fear of false allegations and protection, from statements that are not true or were distorted to fit a false narrative. The stress level is insane and I have to constantly use caution when on the property, going and coming to and from the office, or walking/riding through the property without other staff. This is now an extremely hostile work environment and not a safe environment to work in. I enjoy my position and working with the residents that have served our country, lived a full life or been victims of tragic circumstances. I am asking that you take whatever steps are necessary to makes sure that workers and tenants are safe. Something needs to be done.

Respectfully;

Darlene West, Property Manager/Site Coordinator

Janel Rios
30 Watson Rd.
Vernon, CT 06066


Windsor Housing Authority

To whom it may concern:

I am writing this letter is regards to the hostile work environment that I entered into six months ago. When upon getting hired I did not know I was going to come into a Housing Authority where the Town and tenants have blatantly disrespected Management and staff. I am a new staff member here at the Windsor Housing Authority, and I am appalled at the discrimination that has occurred towards this agency staff members. This will be my third housing authority that I have worked at, and I have never witnessed anything like this before. Getting doors slammed at in my face, witnessed tenants disregarding anything that staff and management have to say, a tenant call our Executive Director "Evil Queen" right in front of her face, and having a tenant threaten all of our jobs have caused a hostile work environment and is causing an overwhelming amount of stress in my life and the lives of my fellow colleagues.

I am writing this letter to voice my feelings as an employee of different housing authorities I've worked in the housing field for 8 years. I never feared losing my job. Hearing and seeing some of the awful lies that have been said about our executive director and staff from the tenants, the town, and commissioners have been difficult to deal with.

I wrote this letter to explain how I feel coming into an agency who have been ridiculed, highlighted in negative light, and discriminated against. I hope this letter helps and serves justice accordingly. This letter was written on my own free will.


Best regards,

Janel Rios
Housing Coordinator

Subscribed and sworn to before me, a notary public, in and for county of Windsor and State of Conn., this 30th day of March 21
Signature Dean Peplila-Halloran

My Commission Expires January 1, 20 24

C

March 26, 2021

To: Urleen Naughton

Ms. Naughton,

This letter is been written by my own free will. The reason for writing this letter is due for the concern, as well as for my job and personal safety. I've been working for the Windsor Housing Authority since May 2006, and I have never felt like something is about to escalate.

All of the accusations that are going around about the Executive Director and staff being accused of mistreating the residents. I work with the residents on all three of the properties that hold subsidized from HUD, and I'm part of the staff. Listening and reading all the article that has been placed in the media, it has elevated my stress level and the stress level of co-workers, I have seen my coworkers come into the office after interacting with the resident and they shared the comment that have been made and make me wonder if they are going to break down.

These issue has made my job a hostel working environment. Working late in this office and leaving the building I'm wonder what will happen next. I am slo concern about the threat of losing my job, a statement that was made by a resident who is known the Vice-Chair Taariq Jaamal.

Sincerely,

Shelly McDougall

me, a notary public, in and for
county of Windsor and State
of Conn, this 26th day of
March 2021
Signature Diane Perdue-Hollow

My Commission Expires January, 2024

D

March 30, 2021

To Urleen Naughton, Executive Director

Once again a remark from K    S    that was total unnecessary and embarrassing in from of another tenant.

Again, today while obtaining 2nd Covid-19 vaccine, I open the door for A    . W    and K    S and as soon as the door opened, K    yelled open that G...D... door. I stated not today Karen, she stated I'm sorry. I was playing. Are we good, I just turned and walked away from her?

Upon exiting, she once again apologize and stated I was only playing. I informed her that that it was totally inappropriate.

Another example of double standards that makes it difficult to come to work, because you are constantly placed in situation that you tolerate which is once again unfair, and you expect us to perform our job expectations while dealing with rude and disrespectful residents.

Thanks,

*Diann Holloman*

Diann Holloman

All of the correspondence submitted was written by m y free will.

*Maryann C Gorgone* 3/30/2021

MARYANN E. GORGONE
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 30, 2022