UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URLEEN NAUGHTON | : | CIVIL ACTION NO. |
| | : | 3:21-CV-00402 (KAD) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| ADAM GUTCHEON, et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER 18, 2021 |

## REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS
## BY DEFENDANTS JOURNAL INQUIRER AND JOE CHAISSON

Defendants Journal Inquirer and Joe Chaisson (collectively the "JI Defendants") respectfully submit this Reply Brief in Support of their Motion to Dismiss. As an initial matter, the JI Defendants note that, because the current operative complaint is the First Amended Complaint, it remains true that none of the thirty-eight counts asserted by Plaintiff in the First Amended Complaint states any cause of action against the JI Defendants. However, even if this Court were to consider Plaintiff's proposed Second Amended Complaint, the Complaint still fails as matter of law. In that regard, the JI Defendants join in the arguments asserted in Windsor Journal Weekly's and Anthony Zepperi's Reply to Plaintiff's Objection to Defendants' Motion to Dismiss dated November 15, 2021 ("Reply Brief"). For all of the reasons set forth in Windsor Journal Weekly's and Anthony Zepperi's Reply Brief, as well as the reasons set forth in their July 29, 2021 Memorandum of Law in

1

Support of Motion to Dismiss, this Court should grant the JI Defendants' Motion to Dismiss.

                              DEFENDANTS
                              JOURNAL INQUIRER and JOE CHAISSON

                              By     /s/ Eric L. Sussman
                                   Eric L. Sussman, Esquire
                                   WEINSTEIN & WISSER, P.C.
                                   29 South Main Street, Suite 207
                                   West Hartford, CT 06107
                                   Telephone: 860-561-2628
                                   Email: els@weinsteinwisser.com
                                   Federal Bar No. ct19723

## **CERTIFICATION**

     I hereby certify that on this 18th day of November 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                     /s/ Eric L. Sussman
                                   Eric L. Sussman