**EXHIBIT # 1**



**Brian Fitch Court**
(860) 849-0757

doing to her. And the journal inquiry just post stuff without fact checking anything.

Lol she been on a sick leave

(y

Fuck that piece of shit. Her name is asshole and you are no friend of mine. She is fuckin evil and Incompetent she is ruining my home FUCK HER. I have only just begun. Leave me the fuck alone.

SMS



## Brian Fitch Court

(860) 849-0757

doing to her. And the journal inquiry just post stuff without fact checking anything.

Lol she been on a sick leave

(y

Fuck that piece of shit. Her name is asshole and you are no friend of mine. She is fuckin evil and Incompetent she is ruining my home FUCK HER. I have only just begun. Leave me the fuck alone.

SMS

# Brian Fitch Court

(860) 849-0757

Whats your problem?

And I just found out that the bitch took a medical leave today because she was going to be fired for not being able to provide where the money is. Your hero is banned from the property and on the way out. Stole the money no doubt about it. Fuck her she is fuckin evil

You can be pissed at me I told you to stay out of it when it all started but you had to be the hero for fitch courts. Whatever i told urleen was the truth

SMS

