**EXHIBIT # 2**



February 26, 2021 — WINDSOR JOURNAL WEEKLY — 7

## NO, THE TOWN COUNCIL HAS NOT VOTED AN INCREASE IN THE BUDGET. NEXT YEAR'S BUDGET PROPOSAL IS NOT READY YET!

Yes, we have to admit it: even our newspaper makes mistakes, and this is one of them.

The story that run in this week's hard copy edition about the town council approving an increase or next year's budget is wrong.

This year's budget is still being worked on and NO INFORMATION ABOUT IT HAS BEEN RELEASED, LEAKED, OR OTHERWISE DIVULGED.

Town Manager Peter Souza is upset, and has every right to be - he and Windsor take great pride in how meticulous and open the proccess of formulating the budget each year is.

In fact, the work on the 2022 budget is still in a preliminary phase, and the town manager and the town council are asking for the public's input to guide them.

You can find more about it at the town's website on

https://townofwindsorct.com/finance/town-budget/fiscal-year-2022

[Ed. Note: What really happened is a lesson on the perils of online sourcing. Our reporter looked up the internet, mistook the information for last year's budget as current, and used that.

We apologize for the error.]

## LETTER TO THE EDITOR

**By Sally Grossman**

Late last year, dozens of residents of Millbrook Village, which houses low-income elderly or disabled individuals, signed a petition detailing allegations of abuse by the Windsor Housing Authority. According to documents, these issues have been ongoing since 2019, including threats of eviction for residents who spoke out about living conditions, lack of handicapped accessibility, non-functioning toilets in single bathroom units, and moving residents into units without a functioning stove or refrigerator. This is the short list.

The Town of Windsor has no governing authority over the Windsor Housing Authority. Instead, the Town Council has the ability to appoint members to the Housing Commision. In turn, Commissioners have the ability to oversee day to day operations run by the staff and Executive Director of the Windsor Housing Authority.

For several months, members of the public and residents of Millbrook Village have spoken out about these allegations, demanding accountability and an investigation by the Windsor Housing Commission. They have spoken not only at Housing Commission meetings but also at Town Council meetings. Rather than moving to resolve these matters, employees of the Windsor Housing Authority have called residents drug dealers and liars and indicated a lack of desire to investigate these allegations further. They've also demanded residents tell them whether or not they've signed the petition.

The executive director of the Windsor Housing Authority, Urleen Naughton, who was directly named by several residents in their complaints, has hired an outside firm to conduct an investigation into these allegations. However, this same firm represented Ms. Naughton in a law suit against her previous employer, the Salvation Army, in a case that was later dismissed. The Housing Commission was not notified of such a hire and did not give authorization.

Since these allegations were first made public, there have been resignations and new appointments to members of the Housing Commission. The chair of the housing commission has resigned. A new tenant commissioner, who is required to be a resident of the Windsor Housing Authority, has been appointed by the Town Council to replace a commissioner whose term ended last summer. Despite the fact that the Town Council has the sole authority to appoint commissioners, his appointment is being contested by the Windsor Housing Authority because of his involvement with the petition. Most recently there has been a substantial rent increases, in access of 30%, imposed on certain residents who have chosen to speak out about these allegations, in a move that appears to be retaliatory in nature. All of these claims must be investigated by and independent body.

The residents of Windsor look out for each other, and in order to protect our community and ALL of it's members, it's crucial that these allegations be investigated and questions be answered. We are only as strong as our most marginalized members. If we allow allegations of mistreatment to go unaccounted for and uncorrected, we are not the community we thought we were.



## Looking for a new dentist?

**Mondovi Dental©**

### Here's what our patients are saying about Dr. Stephen Lipman…

"My first visit there and I felt at ease despite my anxiety about going to the dentist. All staff were GREAT and made me laugh. I look forward to making this my family's place for dental care." A.C.

"This is not a run of the mill place for oral wellness, it is a caring and responsive practice, I am very happy to be a patient here." I.M.

"My last visit was an emergency situation and Dr. Lipman responded quickly to deal with it….he is "The Best"." J.G.

"Best Dentist and dental team …anywhere!!!!" T.M.

**Come Join our Family!**

**STEPHEN D. LIPMAN, D.M.D.**
230 Broad Street
Windsor, CT 06095

**860-688-4634**





UNION STREET TAVERN

JOIN US FOR A NIGHT OF FUN AT UNION STREET TAVERN

Live Music

Gene Donaldson & The Stingrays

FRIDAY, MARCH 5TH

BE ASSURED COVID-19 Protocols will be followed!
860-683-2899



FIRST TOWN DOWNTOWN

## TASTE OF WINDSOR

March 6 - 14

Online Auction
Restaurant Specials

## NO, THE TOWN COUNCIL HAS NOT VOTED AN INCREASE IN THE BUDGET. NEXT YEAR'S BUDGET PROPOSAL IS NOT READY YET!

Yes, we have to admit it: even our newspaper makes mistakes, and this is one of them.

The story that ran in this position in this week's hard copy edition about the town council approving an increase for next year's budget is wrong.

This year's budget is still being worked on and NO INFORMATION ABOUT IT HAS BEEN RELEASED, LEAKED, OR OTHERWISE DIVULGED.

Town Manager Peter Souza is upset, and has every right to be - he and Windsor take great pride in how meticulous and open the process of formulating the budget each year is.

In fact, the work on the 2022 budget is still in a preliminary phase, and the town manager and the town council are asking for the public's input to guide them.

You can find more about it at the town's website on https://townofwindsorct.com/finance/town-budget/fiscal-year-2022

[Ed. Note: What really happened is a lesson on the perils of online sourcing. Our reporter looked up the internet, mistook the information for last year's budget as current, and used that.

We apologize for the error.]

## LETTER TO THE EDITOR

**By Sally Grossman**

Late last year, dozens of residents of Millbrook Village, which houses low-income elderly or disabled individuals, signed a petition detailing allegations of abuse by the Windsor Housing Authority. According to documents, these issues have been ongoing since 2019, including threats of eviction for residents who spoke out about living conditions, lack of handicapped accessibility, non-functioning toilets in single bathroom units, and moving residents into units without a functioning stove or refrigerator. This is the short list.

The Town of Windsor has no direct governing authority over the Windsor Housing Authority. Instead, the Town Council has the ability to appoint members to the Housing Commission. In turn, Commissioners have the ability to oversee day to day operations run by the staff and Executive Director of the Windsor Housing Authority.

For several months, members of the public and residents of Millbrook Village have spoken out about these allegations, demanding accountability and an investigation by the Windsor Housing Commission. They have spoken not only at Housing Commission meetings but also at Town Council meetings. Rather than moving to resolve these matters, employees of the Windsor Housing Authority have called residents drug dealers and liars and indicated a lack of desire to investigate these allegations further. They've also demanded residents tell them whether or not they've signed the petition.

The executive director of the Windsor Housing Authority, Urleen Naughton, who was directly named by several residents in their complaints, has hired an outside firm to conduct an investigation into these allegations. However, this same firm represented Ms. Naughton in a law suit against her previous employer, the Salvation Army, in a case that was later dismissed. The Housing Commission was not notified of such a hire and did not give authorization.

Since these allegations were first made public, there have been resignations and new appointments to members of the Housing Commission. The chair of the housing commission has resigned. A new tenant commissioner, who is required to be a resident of the Windsor Housing Authority, has been appointed by the Town Council to replace a commissioner whose term ended last summer. Despite the fact that the Town Council has the sole authority to appoint commissioners, his appointment is being contested by the Windsor Housing Authority because of his involvement with the petition. Most recently there has been a substantial rent increases, in access of 30%, imposed on certain residents who have chosen to speak out about these allegations, in a move that appears to be retaliatory in nature. All of these claims must be investigated by and independent body.

The residents of Windsor look out for each other, and in order to protect our community and ALL of it's members, it's crucial that these allegations be investigated and questions be answered. We are only as strong as our most marginalized members. If we allow allegations of mistreatment to go unaccounted for and uncorrected, we are not the community we thought we were.



# Looking for a new dentist?

## Mondovi Dental©

### Here's what our patients are saying about Dr. Stephen Lipman...

"My first visit there and I felt at ease despite my anxiety about going to the dentist. All staff were GREAT and made me laugh. I look forward to making this my family's place for dental care." A.C.

"This is not a run of the mill place for oral wellness, It is a caring and responsive practice, I am very happy to be a patient here." I.M.

"My last visit was an emergency situation and Dr. Lipman responded quickly to deal with it....he is "The Best"." J.G.

"Best Dentist and dental team ...anywhere!!!!" T.M.

### Come Join our Family!

**STEPHEN D. LIPMAN, D.M.D.**
230 Broad Street
Windsor, CT 06095

60-688-4634





UNION STREET TAVERN

JOIN US FOR A NIGHT OF FUN AT UNION STREET TAVERN

Live Music

Gene Donaldson & The Stingrays

FRIDAY, MARCH 5TH

BE ASSURED COVID-19 Protocols will be followed!

860-683-2899



FIRST TOWN DOWNTOWN

## TASTE OF WINDSOR

March 6 - 14

Online Auction
Restaurant Specials

By Sally Grossman

Late last year, dozens of residents of Millbrook Village, which houses low income elderly or disabled individuals, signed a petition detailing allegations of abuse by the Windsor Housing Authority. According to documents, these issues have been ongoing since 2014, including threats of eviction for residents who spoke out about living conditions, lack of handicapped accessibility, non-functioning toilets in single bathroom units, and moving residents into units without a functioning stove or refrigerator. This is the short list.

The Town of Windsor has no direct governing authority over the Windsor Housing Authority. Instead, the Town Council has the ability to appoint members to the Housing Commission. In turn, Commissioners have the ability to oversee day to day operations run by the staff and Executive Director of the Windsor Housing Authority.

For several months, members of the public and residents of Millbrook Village have spoken out about these allegations, demanding accountability and an investigation by the Windsor Housing Commission. They have spoken not only at Housing Commission meetings but also at Town Council meetings. Rather than moving to resolve these matters, employees of the Windsor Housing Authority have called residents drug dealers and liars and indicated a lack of desire to investigate these allegations further. They've also demanded residents tell them whether or not they've signed the petition.

The executive director of the Windsor Housing Authority, Eileen Naughton, who was directly named by several residents in their complaints, has hired an outside firm to conduct an investigation into these allegations. However, this same firm represented Ms. Naughton in a law suit against her previous employer, the Salvation Army, in a case that was later dismissed. The Housing Commission was not notified of such a hire and did not give authorization.

Since these allegations were first made public, there have been resignations and new appointments to members of the Housing Commission. The chair of the housing commission has resigned. A new tenant commissioner, who is required to be a resident of the Windsor Housing Authority, has been appointed by the Town Council to replace a commissioner whose term ended last summer. Despite the fact that the Town Council has the sole authority to appoint commissioners, his appointment is being contested by the Windsor Housing Authority because of his involvement with the petition. Most recently there has been a substantial rent increases, in excess of 30%, imposed on certain residents who have chosen to speak out about these allegations, in a move that appears to be retaliatory in nature. All of these claims must be investigated by an independent body.

The residents of Windsor look out for each other, and in order to protect our community and ALL of it's members, it's critical that these allegations be investigated and questions be answered. We are only as strong as our most marginalized members. If we allow allegations of mistreatment to go unaccounted for and uncorrected, we are not the community we thought we



# Looking for a new dentist?

## Mondovi Dental©

### Here's what our patients are saying about Dr. Stephen Lipman...

"My first visit there and I felt at ease despite my anxiety about going to the dentist. All staff were GREAT and made me laugh. I look forward to making this my family's place for dental care." A.C.

"This is not a run of the mill place for oral wellness, it is a caring and responsive practice. I am very happy to be a patient here." I.M.

"My last visit was an emergency situation and Dr. Lipman responded quickly to deal with it....he is 'The Best'." J.G.

"Best Dentist and dental team...anywhere!!!!" T.M.

### Come Join our Family!

**STEPHEN D. LIPMAN,**
D.M.D.
**230 Broad Street**
**Windsor, CT 06095**

**860-688-4634**

