**EXHIBIT # 3**

11/3/2020

---

**I, Andrew G. McAllister, a tenant of Millbrook Village who has lived there for 8 years, wrote this document with help, assistance, and contributions from numerous other tenants of Millbrook.**

Contact info:

Andrew G. McAllister
35 Mack Street, Apt. F2      (860)929-6602
Windsor, CT  06095           mcallisterandrew2@gmail.com


Signed: _____

---

**From:**      **The Below-Signed Tenants of Millbrook Village,**
               35 Mack Street, Windsor, CT 06095

## To Whom It May Concern:

The below is a Millbrook Village tenants' signed petition letter documenting the established practices and policies of the Windsor Housing Authority as led by the current Executive Director (who has been in office for approximately one and half years).  Millbrook Village is managed by the WHA and is a subsidized, publicly-owned and financed, low-income housing complex for the elderly and the mentally and physically disabled.

Please review the following facts regarding the chronic dysfunction and unethical practices of the Windsor Housing Authority (WHA) under the "leadership" of the current Executive Director and her administration and staff.

- **From the Outset—Before Any Introduction:** Before tenants even knew her name, and with no notice or explanation, the then new mystery Executive Director had staff clandestinely remove two fully functioning computers from the Community Room.  These computers were hooked up to internet and had been in the Community Room for years.  They provided valuable media access to indigent tenants who cannot afford a computer or even Wi-Fi.  The computers, which were fully operating, were abruptly pulled at the behest of someone whom tenants had never met.  Indeed, no one at the time even knew the incoming Director's name. Now, however, we had strong hint regarding her approach, and we gained our first impression of how our new Executive Director operates.  This first petty and uncharitable act of removing already paid for computers that many tenants depended upon in order to shop, make appointments, arrange transportation, and find information was carried out anonymously, abruptly, and without any discussion, notice, or explanation;  the administration removed the computers in advance of any communication, signaling the new then unknown Director's disregard of tenants from the outset.

- **The First Meeting**: At the first meeting between tenants and the Executive Director, the Director quickly established a harsh and antagonistic tone stating the following to tenants:

    - "If you have complaints--if you don't like it here—then don't talk to me. Go buy yourself a house!"

    - "You should all be grateful that you have a roof over your head at all. There's a lot of homelessness out there. You could be next!"

    - "If you are sick or bed-ridden, keep in mind that I am not running a nursing home here. You will have to go."

    The Executive Director also, in front of tenants, cruelly disparaged and derided (at great length) a WHA employee present at the meeting.

    She also relentlessly bashed and smeared the previous Executive Director and her assistant, referring to them as corrupt and incompetent over and over. She continuously and harshly derided the old administration throughout the meeting. This behavior of attacking and scape-goating others who are not even present to defend themselves is consistent with all that we note throughout this letter. The Director makes ugly accusations recklessly and without evidence, facts, or explanation.

    Such open, deliberate, and groundless character assassination is a repeated, patterned, and violent form of the Director's ongoing <u>harassment and intimidation leveled at all tenants</u>. As we shall demonstrate below, that which has turned out to be the Director's preferred interpersonal approach—that of abusing and intimidating others over whom she has power—is characteristic and emblematic of how she interacts with tenants. We will provide evidentiary examples supporting these claims in what follows.

    By collectively creating and signing this statement, we will demonstrate clearly that we resist the administration's blatant, ongoing efforts to intimidate and abuse all members—residents and workers—of the Millbrook community.

- **The Executive Director's Clear Establishment of Fear and Ill-Will By Firing and Smearing Existing Contractors and Employees**: During the first days of her tenure, the Executive Director smeared and fired most long-present, experienced, effective, and proven service workers (who had worked at Millbrook for years to everyone's satisfaction). The Director replaced these dependable workers with ineffective, incompetent workers of her choosing who consistently failed and continue to fail to provide tenants with necessary assistance and basic services. As mentioned above, at that first meeting, the Director established herself with tenants as a wrathful, indiscreet, and verbally dangerous person who will seemingly say anything ugly about anyone without evidence, explanation, justification, or discussion. <u>The Executive Director is an aggressive and unscrupulous bully.</u>

    - The Executive Director fired the housekeepers who cleaned our community room, its restroom, and the mail and laundry rooms. These workers had worked at Millbrook for many years and always did an excellent job. When asked at the tenant meeting what happened to the cleaning services of the common areas, the Executive Director replied cryptically under her breath and, by all publicly known accounts) groundlessly smeared the housekeeping staff, muttering that "I can't get into it, but one of their workers was involved in child molestation, and I just can't

tolerate that." (So much for decency, discretion, or due process.) Accuse, accuse, accuse, . . . then move on to the next unfortunate targeted person, and dishonestly accuse again without being held to account; this is a repeated, patterned strategy of the Director's designed to intimidate: Shock and awe others by demonstrating a penchant for unscrupulous verbal hostility. The Director's hostility instilled fear in many tenants.

Remember the Director first claims that when setting up her defamation of the housekeeping staff that she "can't get into it." Then, as clearly evidenced by her off-color accusation, she does nothing else but immediately "get into it" (something she first tells us she cannot do): she states her grave, condemning, scandalous innuendo. In fact, what she really effectively states by claiming that she is not able to "get into it" is that she wishes to utter harsh defamatory accusations but does not wish to have to discuss and explain such defamatory claims with tenants, or be held to any account whatsoever for her words. The Director shows herself to be like most bullies: she does not want to be held to account for her unsavory and unsubstantiated attacks. Like a sloppy predatory politician, <u>the Executive Director is long on aggression, inuendo, and awful accusations, and short on facts or truth</u>.

- o The Executive Director fired and then smeared competent hard-working maintenance personnel (who had worked on site for years to everyone's satisfaction and without incident). After the firing, <u>WHA management attempted to smear and discredit these long relied upon and dependable maintenance workers by criminalizing them</u>: the WHA sent a weird robo-call to tenants, stating that "*if you see one of the maintenance workers on the grounds, call the police.*" Such an unauthorized invocation of police authority is unethical to say the least. <u>Again, here we see another example of the Director's regularly employed strategy of defaming others with no explanation or evidence of any kind</u>.

Please consider for a moment: How does such unprincipled out-of-hand wholesale verbal aggression by a new, incoming Executive Director impress poor, elderly and mentally and physically disabled tenants? What was the Director's desired underlying message? This tsunami of almost universally deployed threat and intimidation is not only systematic harassment. It is soft-core terrorism—the dream achievement of shallow, inherently insecure bullies.

- **More Firing With Very Poor Results:** The Executive Director also promptly fired the landscaping company that maintained the grounds, picked up debris, mowed and trimmed the lawns, and promptly removed the snow. She claimed that this company, which had done a good job dependably for years, was "too expensive." Her personally-chosen, newly hired maintenance crew, with their newly purchased equipment, "attempted" half-heartedly to take over the work. The Executive Director explained that she wanted everything done by in-house staff. The resulting service was, and still is, abysmally inadequate. For instance, on the rare occasion that the WHA does mow the lawn, the overgrowth of weeds and grass is at least knee-high; the resulting thick overgrowth clippings are left strewn about are left to rot, damaging a once fine lawn. While mowing and trimming, WHA maintenance regularly damages property, running over furniture and objects, cutting television cables destroying newly installed siding (and then pretending they had done nothing of the sort), and more. During the winter, snow removal, after the firing of the consistently effective, long-proven landscapers, is now sporadically attempted, delayed, and incomplete if accomplished at all by the WHA. This creates dangerous situations. As a result of the walks and the parking lot not being properly cleared of snow in a timely fashion, many tenants cannot move about outside if it snows and, if there were a medical emergency and an ambulance was requested after a snowfall, EMTs would

find it impossible to get a gurney down uncleared paths in order to reach tenants who might be in need of life-saving assistance.

- **The Executive Director and Her Staff Are Consistently Disrespectful and Hostile Towards Tenants.** Tenants regularly report that the Executive Director and WHA personnel are disrespectful and hostile towards them. The WHA regularly and unjustly threatens tenants with eviction, financial penalties, and, without reason, the towing of visitor's vehicles. This consistent and persistent hostility towards tenants by the WHA, manifested by the Executive Director and her staff, is commonly experienced and confirmed not only by the vast majority of tenants but also by contractors who have been on the property for over a year, during which time they have witnessed more than one instance of the Director's patterned and repeating blatant mistreatment of tenants.

- **An Example of Executive Director's Dishonest Smearing and Abuse of an Elderly and Infirm Tenant In Need.** Recently, an aged and infirm tenant had a plumbing emergency. On self-administered dialysis, she suffered with an inoperative toilet for six days before this all too common maintenance need was addressed most begrudgingly by the WHA. Dialysis requires extremely hygienic conditions and, for this tenant, an overflowing toilet that will not flush for almost a week was an extremely dangerous circumstance.

    The WHA is attempting to charge this vulnerable tenant $400 for their long-delayed "disservice" of unclogging the toilet after a hazardous week-long wait in filth, and denied the tenant a respectfully asked for installment payment plan to service the debt. Indeed, in response to the tenant's humble request for a reasonable payment arrangement, the Executive Director emphatically demanded that this tenant pay the entire $400 by month's end or face an added and constantly accruing late rent fee. (Again, the Director threatens. This practice of adding what constitutes exorbitant interest to a surprise debt could very well be usury.) The Executive Director sternly stated to the tenant that, "I've got a lot of clogged toilets out here and I'm not going to pay for it!"

    The next day, the Director spoke with an advocate for this tenant on the phone about her conversation with the tenant the day before. The Executive Director dishonestly claimed that the tenant had been belligerent and rude, swearing at Executive Director and declaring that she (the tenant) will continue to flush wipes down the toilet despite being advised not to. The Executive Director then dishonestly claimed to the advocate that she had offered the tenant an installment plan but has not heard back from her. <u>None of this ever occurred. The Executive Director lies and, as is characteristic of the Director, she does so recklessly and shamelessly.</u>

    <u>I witnessed the entire above-mentioned conversation and will swear under oath that Executive Director's claims are untrue; the tenant involved was not belligerent</u>. The tenant never used curse words. And the Executive Director certainly did not offer an installment plan as she claims. Indeed, the Executive Director explicitly did the absolute opposite of what she dishonestly claims and denied a payment plan in no uncertain terms, adding her threat of a constantly accruing late fee should payment be "late." <u>Again: we see the patterned and distracting strategy of Executive Director—to discredit and smear others with ugly lies about them—manifesting itself clearly here as the Director spews outrageous and unsettling lies about this vulnerable tenant.</u>

- **Management's Stance Regarding Communication:** Management openly discourages tenants from discussing community problems because, according to the WHA Housing Coordinator in a robo-call she sent to discourage tenants from talking to each other, tenants discussing housing issues and problems "only worsens the dilemma." Indeed, when renovation construction began, management unnaturally and unreasonably forbade all tenants and construction workers from talking to one another. (This ridiculous and pathetically immature prohibition has been ignored by all. We are human and we talk to each other.) After the one first and only administration meeting over one and half years ago, management cancelled all such meetings in the future. Unlike previous administrations, management blocks tenants from attending monthly WHA board/commissioner meetings which were once open to all. Also, unlike during previous monthly meetings held by past administrations, the current administration prohibits tenants from any opportunity to review or discuss WHA finances—ever. This administration is clearly against open communication and transparency, especially with regard to financial matters. Why?

- **The WHA Consistently Traffics in Disinformation it Distributes to Tenants.** Much more often than not, communication from the WHA to tenants is delivered to some tenants and not others and is late, inaccurate, misleading, and threatening.

- **Reaching WHA for Needed Services Is Difficult If Not Impossible.** WHA staff extensions are rarely if ever picked up. WHA voicemail-boxes, including the voicemail of emergency maintenance, are almost always full. <u>One wonders: are there so many emergency maintenance calls coming at once that the voice mailbox of this crucial service is always full?</u> If, on the rare occasion that a tenant can leave a message on a WHA extension voice-mailbox, the message is never responded to. Letters from tenants to management receive no response and management often claims to have never received them. <u>No reasonable assistance is available</u>. If the unusual happens, and a caller is able to leave a message, there is most usually no response to these few "received" messages; these difficulties result from a commonly experienced long-standing and endemic dysfunction of the WHA, and this has only been the case since the current Executive Director arrived. Is such unreachability on the part of management and maintenance the current Executive Director's idea of "service," or is it instead <u>a strategy for avoiding her responsibility, as Executive Director, to provide the reasonable services of any landlord and have some staff member be accessible by phone</u>?

- **WHA Staff Disappear Without Comment During the Pandemic**: When the COVID19 pandemic hit Connecticut hard in mid-March of this year, management simply "disappeared" without explanation, discussion, or announcement. There were no tenant services or communication from the WHA. A resident died close to this time; the WHA did not hear of his death for one week. Subsequently, at a WHA/Northeast Construction Group meeting, the Executive Director asked the Site Contractor: "Could you let us know if you hear of anyone else dying?"

- **Maintenance Rarely Does Its job**. Almost all tenants agree that maintenance rarely does its job. A great deal of tenants have long-standing maintenance problems that are not addressed to this day. Many tenants have clogged drains and toilets and they are forced to live in squalid conditions for months without assistance. (More below on how the Executive Director has exacerbated a plethora of plumbing problems by rejecting the recommended solution of the Site Contractor.) Other tenants have dangerous, unaddressed electrical problems, and more than one tenant has had no heat and/or air-conditioning in their apartments for weeks and even months.

- **Site Contractor's Advice Not Followed—To Everyone's Detriment.** Please note: *The Site Contractor—of Northeast Building Group—who is in charge of the ongoing renovation of Millbrook Village, informed the Executive Director that the pipes in all of the units are compromised and must be cleaned before the new plumbing fixtures—toilets, sinks, and showers—are installed. She rejected the suggested solution and many tenants have had and continue to experience clogged toilets, sinks and shower drains as a result. When tenants request assistance for these endemic plumbing difficulties that render their units unsanitary if not uninhabitable, they wait an inordinate time for maintenance and are charged exorbitant fees for maintenance problems that are not of their making.*

- **The Executive Director Threatens and Defrauds Tenants**: For example, recently a tenant who moved into a newly renovated unit had a problem with his locks. He went to the Site Contractor—of Northeast Building Group—who resolved the issue quickly and free of charge. Hearing of this, the Executive Director then charged the tenant $350 for the repair which had cost her—the WHA—nothing, and did not even involve her staff's labor. Threatened by the WHA with eviction if he did not pay, the extorted tenant paid $350 for services that the contractor had provided free of charge, stating revealingly: "I paid them because I did not want a target on my back." As in this case, many tenants openly state that they fear retaliation from management if they resist harassment.

- **The Housing Coordinator Brings a Menacing Unknown Man (her bodyguard) Onsite to Intimidate a Disabled Tenant:**
  The Housing Coordinator, accompanied by a man never seen in the community before or since (the man was not a legitimate employee of the WHA), knocked on a tenant's door. This particular tenant is a community activist—a leader in the community who always assists others and, most importantly, has always openly and bravely and civilly resisted, objected to, and warned of the new administration's unethical practices.

  When the tenant answered the door, he asked the man who he was. The man got in the tenant's face and replied menacingly: "I am her bodyguard!"

  What pathetic hoodlum stunt will this amoral administration employ next?

  (And, just for the record: the universally respected tenant-activist involved was not intimidated. He continues to lead and help others in myriad ways.)

- **Long Unreasonable Delays for Crucial, Required Maintenance**: Tenants almost always wait weeks and, in more than one case, even months for requested fundamental maintenance which the WHA then charges said tenants for exorbitantly. Indeed, the Executive Director not only views maintenance as the tenant's financial responsibility, she views traditional maintenance as an opportunity for extorting ill-gained revenue from tenants through usurious profit-oriented collection practices which are often backed up by illegal, harassing threats (by the $_{WHA}$) of the eviction of tenants, which could very well mean homelessness for many indigent tenants. In short, the WHA$_A$ regularly terrorizes indigent aged and mentally and physically disabled tenants with eviction. Such brutal, baseless, unjust, and commonly made threats adversely affect the entire community and create a climate of fear throughout. Needless to say, tenants have learned that the WHA manifests ill-will towards them and cannot be trusted.

Case 3:21-cv-00402-KAD   Document 115-2   Filed 11/18/21   Page 8 of 13

7

- **Newly Renovated Apartments Lack Basic Safety Grab Bars:** As mentioned, Millbrook Village provides housing to elderly and/or disabled tenants. Despite this long-standing fact, the WHA has forced and continues to force such tenants, some of whom cannot walk or even stand up, into moving into <u>newly renovated units that do not have requisite safety grab bars</u> near the toilet and in the shower that their old units had. A flyer from management addressing this issue tells tenants to "be careful." Again, required, standard, and previously existing safety grab bars (present in all of the old unrenovated units) are missing in newly renovated units and this dangerous and avoidable circumstance is seemingly okay with this uncaring administration. Even apartments that are being renovated now do not have grab bars installed. As commentary, management only issued a flyer regarding this issue, telling disabled and elderly tenants to "*be careful*" when taking a shower without grab bars.

- **Wasted Administration Expenditures--on Rarely Used and Unnecessary New Equipment:** Shortly after her arrival, the Executive Director spent tens of thousands of WHA dollars on a new truck, new lawnmowers, new snowblowers, a new covered, enclosed truck trailer, a new cavernous prefabricated "shed," and, most notably, a ridiculous and unnecessary deluxe golf-cart for management to use when touring the grounds. Millbrook is small. Previous managers walked the property daily without difficulty for decades. Such unnecessary profligate investments as a luxurious golf-cart so that management does not have to walk would be laughable if they were not merely emblematic of a larger dire situation: Despite all this managerial investment in landscaping and maintenance equipment, only mediocre grounds-keeping is provided and even this sub-standard service is rarely carried out. And yet tenants are told that we cannot afford the professional landscapers we had who have their own equipment and, unlike the incompetent WHA maintenance workers, know how to use it and do so promptly and consistently.

- **Below Standard Moving Services:** With the renovation of units at Millbrook, many tenants have been moved to new units. Moving is done by non-professional paid under-the-table laborers that arrive with no equipment whatsoever and use a derelict shopping cart to haphazardly move tenants. <u>In order to obtain their new units, tenants must first sign a document releasing the WHA from any financial responsibility for items damaged by their unprofessional movers.</u>

- **Management Regularly Overlooks Existing Tenants and Gives Newly Renovated Units to Preferred Outsiders.** The WHA has given several newly renovated one-bedroom and one-room efficiency units to new tenants solicited from the outside. Tenants who have resided at Millbrook for many years are passed over for new apartments which are given to new tenants. When asked about this policy, the Executive Director replied that "the State Governor is telling me I've got to house homeless people now."

    Now, because the Executive Director has unethically given too many units to outsiders, management does not have enough units remaining (to be renovated) for existing tenants who rightfully await renovated units. <u>Indeed, now WHA management is trying to bully vulnerable defenseless tenants who have lived and live in old one-bedroom apartments (many of whom have been at Millbrook for over ten years) into taking inferior single-room efficiency units when they move.</u>

8

- **An Example of WHA Harassment of a Disabled Tenant:** A disabled tenant, who cannot walk and uses an electric scooter to move about, requested a newly renovated unit designed especially for the handicapped. She was denied, told by the Housing Coordinator that she did not qualify for such a unit because she uses a scooter and not the requisite—a wheelchair. The tenant's doctor wrote a letter on her behalf stating that she could not walk. Upon receipt of the letter, management objected that the doctor does not use the word "wheelchair" in the letter and, therefore the tenant, the Housing Coordinator stated, did not qualify for the special unit. The tenant, called a "trouble-maker" by the Housing Coordinator, bravely protested. After weeks of hard effort on the tenant's part, management acquiesced and assigned the tenant the long vacant, newly renovated handicapped accessible unit in question, but <u>the Housing Coordinator still persisted in harassing the tenant because the tenant uses a scooter and not a wheelchair</u>. The Housing Coordinator called and visited unannounced, demanding to see if there was a wheelchair in the unit. This tenant has always set the example for all tenants by protesting management's unfair and plainly stupid harassment of her. Hence: management calls her a "trouble-maker" when it is clearly management that foments trouble. Another tenant was recently assigned an identical unit. Management never asked her about or made any mention of, whether she used wheelchair or not. The wheelchair requirement was a way to repeatedly hassle a tenant management sees as a trouble-maker—an elderly, disabled, single woman living alone who merely sticks up for herself. This is harassment.

- **Dangerous, Unresolved Defects in Handicapped Units**: Although intended for the handicapped, new handicapped units are hazardous to disabled tenants. Flooring has raised strips of vinyl between floor sections; tenants call them "speed-bumps." These obstacles make it very difficult if not sometimes almost impossible to navigate the apartment using a wheeled walker. One tenant complained repeatedly about this inexcusable defect/hazard in these special, newly designed handicapped units. The tenant's complaints were ignored. When her daughter, advocating on her behalf, called the Executive Director and reiterated her mother's complaint, the Executive Director said: "<u>She will have to learn to live with it</u>."

    (These "handicapped" units also have difficult to use child-proof electrical outlets (there are no children present), creating more difficulties for handicapped adult tenants. Another tenant who recently moved into such a unit has no hot water, and no electricity in her bedroom. This has not been fixed.)

- **Management's Ongoing Failed Strategy of Dividing and Isolating Tenants From One Another—Management Moves Existing Community Leaders Away from Other Tenants**: As from the outset, with the WHA curtailment and closing of communal space (and this was long before the current pandemic), management operates according to an isolating, unhealthy, and inhumane view of communication between people who live and work amongst each other every day in a community. Under this administration, an isolated tenant is a weakened and vulnerable tenant, and that is what this adversarial management wants.

- **The Commissioners: Tenants Seek Help from A Useless Commissioner Who Betrays Them**. In more than one instance, tenants contacted commissioners seeking advocacy and help dealing with this out of control management. Such attempts were to no avail. Not help was ever given. Indeed, one commissioner is nothing more than a direct pipeline to the Executive Director. Repeatedly, this commissioner informed the Executive Director of the contents of confidential telephone calls to her from tenants. This Commissioner repeatedly and immediately informed the Executive Director of the contents of confidential tenant conversations. The Director then quickly retaliated against said tenants, angrily attacking them on the phone, or attempting to discredit such tenants by labeling them as somehow bad. <u>Commissioners have proven themselves to be hapless and complicit with management. Where have they all been? Why haven't they assisted us or even addressed our concerns for over a year? What do they have to say now about their conduct of being acquiescent regarding harassment, unfair billing, egregiously late or never performed maintgence, and regularly doled-ouut abuse?</u>

  <u>Some if not all of the commissioners have all stood by and watched and failed to act, and they have regularly, indiscreetly and underminingly divulged the details of tenant complaints to the obviously hostile and, quite frankly, unhinged Executive Director to the detriment of tenants. Each commissioner should be re-evaluated and, if necessary, removed.</u>

- **Management's Feeble Attempt To Isolate Community Leaders:** When moving community leaders into new apartments, management attempts to remove them from the rest of the community as much as possible, isolating them by assigning them new apartments that are remote and far away from most other tenants. These community leaders are highly communicative, networked, and resourceful individuals who care about and help their neighbors. They contribute to the community greatly on a daily basis by helping others. Rather than engage these people for the positive, constructive contributions they offer, management regularly treats community leaders, whom others depend upon and respect, with abuse and disdain.

  In at least one such case, a community leader resisted a proposed, isolating move assigned by management. She requested one of five other units available which were located close to or in the hub courtyard of the community where people commonly connect and discuss matters. Her requests were answered harshly with the threat of eviction if she did not move into the unit management assigned. In that unit, in an unusually dark, remote section of the complex, this elderly single woman living alone felt isolated and unsafe. She has since left the community and this has been loss to everyone.

- **On "Speculation":** WHA staff complain that tenants speculate too much. In a robo-call to tenants, the Housing Coordinator discouraged neighbors from discussing problems with each other, stating condescendingly that neighbor-to-neighbor communication "only worsens the dilemma." Management is right for once. <u>There has been speculation shared amongst tenants about what the WHA is doing to us and our community. What management fails to ever acknowledge, is that such speculation occurs because of the utter and complete absence of forthright dependable communication to tenants from WHA staff. We tenants are, however, no longer speculating. We are recording, documenting, and reporting the truth of a disgraceful reality created by the WHA Executive Director and her staff.</u>

As further indication of the WHA management's hurtful yet hallmark achievement—that is: management's deliberate establishment of negative, antagonistic, and adversarial tenant/management relations—little if any remaining tenant speculation regarding management's behavior is ever optimistic now.  This is because if and when we tenants do now "speculate", we do so based on our observations and experiences of established history—shared and examined facts, evidence, and reality—truth—for which the Executive Director has no respect.  As reported throughout this letter/petition, the Executive Director harbors a clearly evidenced contempt and disregard for the truth.

The Executive Director has proven herself to be irredeemably unfit for office.  Her mismanaged failed administration has caused and continues to cause much suffering.  The WHA administration is a complete failure that herein, with this petition letter, we tenants vigorously rebuke.  We tenants will continue to resist the constant "hailstorm" of severe malice that management constantly proffers.

**In closing, please let there be no doubts regarding our shared intent as neighbors living together in a community under constant unwavering assault by a thoroughly malicious WHA management:**

***We, the undersigned tenants of Millbrook stand together and protest and object to both the hurtful policies and practices of the abusive, corrupt, and dishonest Executive Director of the Windsor Housing Authority, and those same policies practices and characteristics of her follower staff as well.***

Please review signature page that follows.

11

Signature:                                           Print Name:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

12