**EXHIBIT # 23**

of the
## HOUSING AUTHORITY OF THE TOWN OF WINDSOR

### ARTICLE I
### THE AUTHORITY

Section 1. Name of the Authority:

The Name of the Authority shall be HOUSING AUTHORITY OF THE TOWN OF WINDSOR (hereinafter "Authority").

Section 2. Seal of Authority:

The Seal of the Authority shall be in the center of a circle and shall bear the name of the Authority and the year of its organization.

Section 3. Office of Authority:

The office of the Authority shall be located at 156 Bloomfield Avenue, Windsor, Connecticut, and shall be designated as such. This office may, from time to time, be changed by resolution adopted at any regular or special meeting of the Authority.

### ARTICLE II
### BOARD OF COMMISSIONERS

Section 1. Composition:

The Authority's Board of Commissioners shall consist of five Commissioners. The powers of the Authority shall be vested in the Commissioners in office.

Section 2. Appointment:

The Commissioners shall be appointed in accordance with the provisions of Section 8-41 of the Connecticut General Statutes.

Section 3. Term:

The term of each Commissioner shall be five years, except that initially four of the five Commissioners shall be appointed for terms of one, two, three and four years, so that the term of one Commissioner will expire each year.

Section 4. Duties:

The Commissioners shall perform such duties as are incumbent upon them by reason of appointment under the Connecticut General Statutes and shall perform such other duties and functions as may, from time to time, be required by the Authority or by the Bylaws, or which may arise by reason of their appointment to serve on committees functioning within the Authority or in cooperation with persons or groups outside the Authority.

Section 5. Compensation:

The Commissioners shall serve without compensation. Commissioners shall be reimbursed for their actual necessary expenses, including all travel, upon written submission of a request for reimbursement and production of original receipts and expenses.

## OFFICERS AND EMPLOYEES

### Section 1. Officers

The officers of the Board of Commissioners shall be the Chairperson, Vice Chairperson, Treasurer, Assistant Treasurer and Secretary.

### Section 2. Chairperson:

The Chairperson shall preside at all meetings of the Authority. Except as otherwise authorized by resolution of the Authority, the Chairperson shall sign all contracts, deeds and other instruments made by the Authority. In the absence of the Chairperson at a meeting, the Vice Chairperson shall preside. In the absence of both the Chairperson and Vice Chairperson at a meeting, the members present shall designate a Chairperson pro tem.

### Section 3. Vice Chairperson:

The Vice Chairperson shall perform the duties of the Chairperson in the absences or incapacity of the Chairperson; and in case of the resignation or death of the Chairperson, the Vice Chairperson shall perform such duties as are imposed on the Chairperson until such time as the Board of Commissioners shall select a new Chairperson.

### Section 4. Treasurer:

The Treasurer shall, from time to time, request information as to the financial condition of the Authority and report same to the Commissioners. The Treasurer shall sign all orders and checks for the payment of money and shall pay out and disburse such money under the direction of the Authority, except as otherwise authorized by resolution of the Authority. The Authority may, by resolution, designate one or more Commissioners to countersign such orders and checks, and from time to time qualify, change or cancel any such designation.

### Section 5. Assistant Treasurer:

The Assistant Treasurer shall perform the duties of the Treasurer in the absence or incapacity of the Treasurer, or, in case of a vacancy in the office of the Treasurer, until such vacancy is filled.

### Section 6. Secretary:

The Secretary shall see to it that the minutes of all meetings of the Authority are recorded and shall perform all other duties incident to the office of secretary of the Commission as determined by the Board of Commissioners. At any regular or special meeting, without the Secretary, a Secretary pro-tem shall be appointed by the Chairperson from the other Commissioners present. The Secretary shall keep the seal of the Authority and certify all copies of resolutions and other documents.

### Section 7. Bonding:

A bond shall be provided by the Authority to ensure the faithful performance by the Commissioners and the Authority's staff of his/her/their duties.

### Section 8. Additional Duties:

The officers of the Board of Commissioners shall perform such other duties and functions as may, from time to time, be required by resolution of the Authority, by the Bylaws, Rules and Regulations of the Authority or State Law.

Section 9. Election of Appointment:

The term of the Chairperson shall be three (3) years for elections following July 1, 1995. All other officers shall be elected at the annual meeting of the Authority from among the Commissioners of the Authority, and shall hold office for one year or until their successors are elected and qualified.

Section 10. Vacancies:

Should any of the offices of the Board of Commissioners become vacant, the Commissioners shall elect a successor from its membership, and such election shall be for the unexpired term of said office.

Section 11. Executive Director:

The Authority may employ an Executive Director who shall have general supervision over the administration of its affairs. The Executive Director shall perform such other duties and functions as may, from time to time, be required by resolution of the Authority, by the Bylaws, Rules and Regulations of the Authority, or State Law.

When the office of Executive Director becomes vacant, the Authority may appoint a successor to act as Executive Director pro-tem until such time as an Executive Director shall be employed and duly qualified.

Section 12. Additional Personnel:

The Authority may, from time to time, employ such personnel as it deems necessary to exercise its powers, duties, and functions as prescribed by Chapter 128 of the Connecticut General Statutes, as amended, and all other laws of the State of Connecticut applicable thereto. The selection and compensation of such personnel shall be determined by the Authority subject to the laws of the State of Connecticut.

## ARTICLE IV
## MEETINGS

Section 1. Regular Meetings:

Regular meetings shall be held on such day and at such time and place as shall be determined by resolution of the Authority. All meetings shall be held at the office of the Authority in the, absence or the specific designation of some other meeting place in any such resolution. If the date of any annual or regular meeting, as provided in any notice of meeting, shall fall on a Sunday or a legal holiday, the meeting shall be held on the next succeeding day at the place and time designated in the resolution.

Section 2. Annual Meetings:

Annual meetings of the Authority shall be held with due notification for the purposes of electing officers, receiving the annual report of the Executive Director, and for the conduct of such other business as may come before the meeting.

Section 3. Special Meetings:

The Chairperson of the Board of Commissioners or the Vice Chairperson, acting in the absence or incapacity of the Chairperson, may, when they deem it expedient, and shall, upon written request of two Commissioners of the Authority, call a Special Meeting of the Authority for the purpose of transacting business designated in the call. If, within five days after presentation of such request by two Commissioners to the Chairperson or Vice Chairperson acting in the absence or incapacity of the Chairperson, the Chairperson or Vice Chairperson has not called the requested special meeting, then the two Commissioners who signed the request shall be empowered to call a special meeting in accordance with the provisions of Article III. The call for a special meeting shall be delivered to each Commissioner of the Authority at their business or home address at least twenty-four (24) hours prior to the special meeting.

time of such meeting by posting a notice of the time and place thereof in the office of the Windsor Town Clerk at least twenty-four (24) hours before the date set forth in the all for such special meeting.

At such Special Meeting no business shall be considered other than as designated in the call, except that the minutes of any previous meeting, special or regular, may be read and passed upon .

### Section 4. Emergency Special Meetings:

Special meetings may be called in emergencies as in Section 3, but without twenty-four (24) hours notice. The minutes of emergency special meetings must be filed with the municipal clerk within seventy-two (72) hours of the meeting, and must describe the nature of the emergency which precluded twenty-four (24) hours notice, and the proceedings of the meeting.

### Section 5. Executive Sessions:

An executive session of the Windsor Housing Authority is limited to the Commissioners and anyone designated by them to present testimony or opinion pertinent to the subject at hand. An executive session may be held provided two-thirds of the Commissioners present vote to do so, the vote is conducted in public, and the reason for the executive session is stated and recorded in the minutes.

### Section 6. Quorum:

The powers of the Authority shall be vested in the Commissioners thereof in office. Three (3) Commissioners shall constitute a quorum for the purpose of conducting its business and exercising its powers and for all other purposes, but a smaller number may adjourn, until a quorum is obtained. When a quorum is in attendance, action may be taken by the Authority upon a vote of a majority of the Commissioners present.

### Section 7. Order of Business:

a. <u>Regular Meetings</u> The order of business at regular meetings shall be conducted under an agenda agreed to by at least two Commissioners and, posted by Authority staff. For example:
    (1) Roll Call.
    (2) Prayer or moment of meditation.
    (3) Public communications.
    (4) Approval of the minutes of the previous regular meeting and any intervening special or emergency special meeting.
    (5) Review of financial reports.
    (6) Bills and Communications.
    (7) Report of the Executive Director.
    (8) Reports of Committees.
    (9) Unfinished Business.
    (10) New Business.
    (11) Adjournment

<u>Robert's Rules of Order</u> (newly revised) shall be considered as the conclusive authority on Parliamentary issues not inconsistent with state statutes or these Bylaws.

b. <u>Special and Emergency Meetings:</u> The order of business at special meetings and emergency special meetings may follow that set forth above or may be restricted to action upon the business for which the special meeting is called, as the commissioners shall determine by vote.

c. <u>Manner of Voting</u>

All questions coming before any meeting of the Commissioners shall be presented in the form of motions or resolutions. Questions of substance shall be determined by resolutions, the vote on such resolutions to be by roll call, and the "Ayes" and "Nays", shall be entered upon the minutes of the meeting. All resolutions shall be chronologically numbered and shall be, entered in full in the Minute Book, with the vote of each Commissioner indicated therein.

## ARTICLE V
## COMMITTEES

There shall be Standing committees and other such committees as created by the Commissioners. The Chairperson, and when that office is vacant, the Vice Chairperson, shall appoint the membership of committees, each of which shall be chaired by a Commissioner. The Commissioners, Staff of the Authority and the public may be members of the committees.

## ARTICLE VI
## CONFLICTS OF INTEREST

1. No person who has served as a commissioner of the Authority shall be employed by the Authority for a period of two years after leaving office.

2. No Commissioner of the Authority may hold any public office in the Town of Windsor.

3. No commissioner or employee of the Authority shall acquire any interest, direct or indirect, in any authority project or in any property included or planned to be included in any Authority project, nor shall he/she have any interest, direct or indirect, whether by household or family membership, in any contract or proposed contract for materials or services to be furnished or used in connection with any housing projects. If any commissioner or employee of the Authority owns or controls an interest, direct or indirect, whether by household or family membership, in any property included or planned to be included in any housing project, he/she shall immediately disclose the same in writing to the Authority and such disclosure shall be entered upon the minutes. Failure to disclose such interest shall constitute misconduct in office. Occupancy of a dwelling unit owned by the Authority or enrolled in a program of housing authority assistance to low income families in private accommodations shall not be deemed an interest in any project or in a contract for materials or services or in property included in any project for the purpose of this article.

## ARTICLE VII
## AMENDMENTS

Section 1. Amendments to Bylaws:

The Bylaws of the Authority, shall be amended only by resolution adopted by the affirmative vote of at least three commissioners of the Authority at a regular or special meeting, held after seven (7) days' notice in writing of the substance of the proposed amendment.

Effective 12/30/1996