UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **URLEEN NAUGHTON**<br>**Plaintiff** ) | CASE NO.: 3:21-cv-402 (KAD) |
| ) | |
| ) | **PLAINTIFF'S MOTION TO EXCEED PAGE** |
| ) | **LIMITATION** |
| **ADAM GUTCHEON, et al.,** ) | |
| **Defendants.** | November 28, 2021 |
| ) | |

**PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 7, The Plaintiff, Urleen Naughton respectfully requests the Court's permission to file her Second Amended Complaint exceeding the First Amended Complaint by six (6) pages.

In support of this motion, Ms. Naughton represents that her prior amendment comprised one hundred and four (104) pages, due largely to the number of defendants and the allegations concerning their conduct.

Ms. Naughton further represents that good cause exists allowing her to exceed the First Amended Complaint by six (6) pages, in order to add the changed circumstances of Defendant Journal Inquirer, the Windsor Journal Weekly, Joe, Chaisson, and Anthony Zepperi, as they pertain to counts sounding in defamation and false light.

In light of the new allegations learned about the defendants, Ms. Naughton's case would be highly prejudiced if she is not allowed to address these allegations in her Second Amended Complaint. Given these circumstances, Ms. Naughton believes the six additional pages allow sufficient space to make here additional case against the referenced defendants.

1

**FOR THE FOREGOING REASONS**, Ms. Naughton respectfully requests the Court's permission to exceed the page limitation as to her Second Amended Complaint.

**FOR THE PLAINTIFF,**
**URLEEN NAUGHTON,**

BY_____/S/_____        Dated: November 28, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email: rcgordonlaw@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URLEEN NAUGHTON<br>Plaintiff | ) | CASE NO.: 3:21-cv-402 (KAD) |
| | ) | |
| | | PLAINTIFF'S MOTION TO EXCEED PAGE |
| | ) | LIMITATION |
| ADAM GUTCHEON, et al.,<br>Defendants. | ) | November 28, 2021 |
| | ) | |

**PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Having considered the Plaintiff's application to exceed the page limitation, the Court:

_____
Grants

_____
Denies

_____
Hon. Kari A. Dooley, U.S.D.J.

3

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that a copy of the foregoing Second Amended Complaint will be served upon the Defendants on or immediately after November 30, 2021, via the Court's electronic filing system in accordance with the Local Rules to all counsel of record.

**FOR THE PLAINTIFF,**
**URLEEN NAUGHTON,**


BY_____/S/_____          Dated: November 28, 2021
Richard C. Gordon, Esq.,
Fed Bar No.: ct27288
40 Court Street
Windsor, CT 06095
Tele: (860) 534-0547
Email: rcgordonlaw@gmail.com