UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URLEEN NAUGHTON | : | CIVIL ACTION NO. |
| | : | 3:21-CV-00402 (KAD) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| ADAM GUTCHEON, et al. | : | |
| | : | |
| Defendants. | : | DECEMBER 10, 2021 |

### OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT BY DEFENDANTS JOURNAL INQUIRER AND JOE CHAISSON

Defendants Journal Inquirer and Joe Chaisson (collectively the "JI Defendants") object to Plaintiff's Motion for Leave to File a Second Amended Complaint dated December 3, 2021. The proposed Second Amended Complaint still fails as matter of law, and any further efforts to amend would be futile. In that regard, the JI Defendants join in the arguments asserted in Windsor Journal Weekly's and Anthony Zepperi's December 10, 2021 Objection to Plaintiff's Motion for Leave to File a Second Amended Complaint, their Reply to Plaintiff's Objection to Defendants' Motion to Dismiss dated November 15, 2021 and their July 29, 2021 Memorandum of Law in Support of Motion to Dismiss. For all of the reasons set forth therein, this Court should deny Plaintiff's Motion for Leave to File a Second Amended Complaint.

DEFENDANTS
JOURNAL INQUIRER and JOE
CHAISSON


By  /s/ Eric L. Sussman
    Eric L. Sussman, Esquire
    WEINSTEIN & WISSER, P.C.
    29 South Main Street, Suite 207
    West Hartford, CT 06107
    Telephone:  860-561-2628
    Email:  els@weinsteinwisser.com
    Federal Bar No. ct19723


**CERTIFICATION**

    I hereby certify that on this 10th day of December 2021, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


    /s/ Eric L. Sussman
    Eric L. Sussman