UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| URLEEN NAUGHTON | : | NO.: 3:21-cv-00402 (KAD) |
| | : | |
| v. | : | |
| | : | |
| ADAM GUTCHEON, JANE GARIBAY, DONALD TRINKS, LISA BRESS, SALLY GROSSMAN, TARIQ JAMAAL; BRIAN SMITH; CAROL ENGLEMANN; JENNIFER SCHUMSKY; ANDREW MCALLISTER; WINDSOR HOUSING AUTHORITY; WINDSOR JOURNAL WEEKLY; ANTHONY ZEPPERI; JOURAL INQUIRER; JOE CHAISSON | : : : : : : : : | JANUARY 31, 2022 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Melissa E. Noujaim moves the Court for permission to withdraw her appearance filed on behalf of the defendants, Donald Trinks and Lisa Bress, in the above-captioned matter.

Attorney David S. Monastersky has previously entered an appearance on behalf of the defendants, Donald Trinks and Lisa Bress.

        DEFENDANTS,
        DONALD TRINKS and LISA BRESS

By */s/ Melissa E. Noujaim*
   Melissa E. Noujaim (ct 31193)
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   Email: mnoujaim@hl-law.com