## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

URLEEN NAUGHTON,
    Plaintiff,

v.                                                     Case No. 3:21cv00402(KAD)

ADAM GUTCHEON, JANE GARIBAY, DONALD TRINKS,
LISA BRESS, SALLY GROSSMAN, TARIQ JAMAAL,
BRIAN SMITH, CAROL ENGLEMANN, JENNIFER SCHUMSKY,
ANDREW MCALLISTER, ANTHONY ZEPPERI, JOE CHAISON,
WINDSOR HOUSING AUTHORITY, WINDSOR JOURNAL WEEKLY,
JOURAL INQUIRER,
    Defendants.

## JUDGMENT

This matter initially came on for consideration of Defendants Windsor Journal, Zepperi, Journal Inquirer, and Chaison's motions to dismiss [ECF Nos. 60, 71] before the Honorable Kari A. Dooley, United States District Judge. On July 18, 2022 the Court entered an order grating the motions and dismissing defendants Windsor Journal, Zepperi, Journal Inquirer, and Chaison. The matter then came on for consideration of the remaining Defendants' motions to dismiss [ECF Nos. 56, 57, 58 and 59]. On August 24, 2022, the Court entered an order granting the motions to dismiss with counts One through Fourteen and Thirty-Five and Thirty-Six ordered dismissed with prejudice. Counts Fifteen through Thirty-four and Thirty-Seven through Thirty-Eight were ordered dismissed without prejudice.  It is therefore;

ORDERED, ADJUDGED and DECREED that, consistent with the Court's order, judgment be and is hereby entered for Defendants against the Plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of September 2022.

                                                              DINAH MILTON KINNEY, Clerk
                                                              By   /s/ Kristen Gould
                                                                     Kristen Gould
                                                                     Deputy Clerk

EOD: 09/06/2022