UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| URLEEN NAUGHTON, :<br>　:<br>　Plaintiff :<br>　:<br>　v. :<br>　:<br>ADAM GUTCHEON, JANE GARIBAY, :<br>DONALD TRINKS, LISA BRESS, SALLY :<br>GROSSMAN, TAARIQ JAMAAL, BRIAN :<br>SMITH, CAROL ENGLEMANN, JENNIFER :<br>SCHUMSKY, ANDREW MCALLISTER, :<br>WINDSOR HOUSING AUTHORITY, :<br>WINDSOR JOURNAL WEEKLY, ANTHONY :<br>ZEPPERI, JOURAL INQUIRER, and JOE :<br>CHAISSON, :<br>　:<br>　Defendants : | CASE NO. 3:21-cv-402 (KAD)<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 19, 2022 |

**MOTION FOR ATTORNEY'S FEES BY DEFENDANTS
GROSSMAN, SMITH, AND McALLISTER AS PREVAILING PARTIES**

　　In this action in which plaintiff Urleen Naughton alleged a combination of federal civil rights violations and state law tort claims, the plaintiff brought her claims against, *inter alia*, the three defendants named herein, Sally Grossman, Brian Smith, and Andrew McAllister, eight other defendants who hold various elected or appointed political positions and/or governmental bodies, and four other defendants who are either journalists or the newspapers for which they work.

　　The Court dismissed the plaintiff's federal claims in their entirety in two decisions dated July 18, 2022 (dismissing the case as to the media defendants), and August 24, 2022 (dismissing the case as to all remaining defendants), and clearly stated the Court's intent not to afford the plaintiff the opportunity to further amend her Amended Complaint. (Dkt. 137, 138) The Court did not retain jurisdiction over the plaintiff's state law tort claims against the non-

media defendants. (Dkt. 138, p. 20) Judgment was entered for the defendants on September 6, 2022. (Dkt. 139)

      Defendants Sally Grossman, Brian Smith, and Andrew McAllister now move the Court to award them their attorney's fees in the amount of $22,680, pursuant to Fed.R.Civ.P. 54(d)(2) and 42 U.S.C. §1988, as prevailing parties on claims brought by the plaintiff pursuant to 42 U.S.C. §1983.

                                          RESPECTFULLY SUBMITTED,
                                          FOR DEFENDANTS GROSSMAN,
                                          SMITH, AND MCALLISTER,

                                          _/ s / Peter Goselin ct06074_
                                          The Law Office of Peter Goselin
                                          P.O. Box 331313
                                          Hartford, Connecticut 06133
                                          Tel. 860-580-9675
                                          Fax 860-471-8133
                                          pdgoselin@gmail.com

## CERTIFICATION

  I hereby certify that on September 19, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                      */ s /  Peter Goselin*